UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | NO. 3:02CR72 |
| JERKENO WALLACE : | JULY 11, 2006 |

**MOTION FOR ENLARGEMENT/EXTENSION OF
TIME TO FILE CROSBY MEMORANDUM**

The defendant, JERKENO WALLACE, by and through his undersigned counsel, Richard S. Cramer, pursuant to L. Civ. R. 7(b) and Fed. R. Crim. P. 45, and hereby moves this Honorable Court to enlarge/extend the time within which to file a <u>Crosby</u> memorandum, originally scheduled for submission on July 10, 2006, for the following reasons:

    1.  Defense counsel was preparing for a trial before this Court (*United States v. Robert McCloud*) on July 10, 2006.

    2.  Defense counsel has also been busy with State and Federal court appearances.

    3.  Defense counsel needs at least another week to complete the <u>Crosby</u> memorandum.

    4.  Defense counsel has spoke with Assistant U. S. Attorney Michael J. Gustafson who indicated that the government has no objection with respect to this motion.

    WHEREFORE, the undersigned respectfully requests that this motion for

enlargement/extension of time be granted and that the time for filing a Crosby memorandum be enlarged/extended until Tuesday, July 18, 2006.

                Respectfully submitted,

                DEFENDANT, JERKENO WALLACE

                By:_____
                    Richard S. Cramer
                    449 Silas Deane Highway
                    Wethersfield, CT 06109
                    Tel. (860) 257-3500
                    Federal Bar No. ct00016
                    Email: cramer@snet.net

## CERTIFICATON

     THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 11th day of July 2006 to:

Michael J. Gustafson
Assistant U. S. Attorney
P.O. Box 1824
New Haven, CT 06508

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

                _____
                Richard S. Cramer