

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 27th of April, two thousand and six.

Before:    Hon. John M. Walker, Jr.,
                            *Chief Judge,*
           Hon. Richard J. Cardamone,
           Hon. Barrington D. Parker,
                            *Circuit Judges.*



Docket Nos. 03-1777 (L), 03-1778 (CON)

UNITED STATES OF AMERICA,

*Appellee,*

v.

JERKENO WALLACE and NEGUS THOMAS,

*Defendants-Appellants.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is REMANDED in part for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

— ISSUED AS MANDATE: 5-23-06 —